Lindsey E. **STEWART**;  et al.,
Plaintiffs–Appellants,

v.

State of **CALIFORNIA DEPARTMENT OF EDUCATION**;  et al., Defendants–Appellees.

No. 12–57199.

United States Court of Appeals,
Ninth Circuit.

Submitted June 25, 2014.*

Filed July 3, 2014.

Lindsey E. Stewart, Poway, CA, pro se.

Jason P. Stewart, Poway, CA, pro se.

Caitlin N. Stewart, Poway, CA, pro se.

Kate Starn Legrand, Deputy General Counsel, California Department of Education, Michelle M. Mitchell, Esquire, Deputy Assistant Attorney General, AGCA–Office of the California Attorney General, Sacramento, CA, Paul Vincent Carelli, Stutz Artiano Shinoff & Holtz, Lisa W. Cooney, Rita R. Kanno, Brian Rawers, Lewis Brisbois Bisgaard & Smith LLP, David Gregory Axtmann, Senior Deputy County Counsel, Office of the County Counsel, San Diego, CA, Jeffery A. Morris, Esquire, Stutz Artiano Shinoff and Holtz, Temecula, CA, Marlon Craig Wadlington, Esquire, Atkinson, Andelson, Loya, Ruud & Romo, Cerritos, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

### MEMORANDUM **

Lindsey E. Stewart, Jason P. Stewart, and Caitlin N. Stewart appeal pro se from the district court's order granting defendants' request to waive further proceedings in connection with their motion for a vexatious litigant determination, treating the motion as withdrawn, and closing the case. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *M.M. v. Lafayette Sch. Dist.*, 681 F.3d 1082, 1086 (9th Cir.2012). We affirm.

The district court did not abuse its discretion because it reasonably treated defendants' request as a motion to withdraw, and its decision resulted in no harm or prejudice to Lindsey E. Stewart, given that the order declaring her a vexatious litigant had been vacated. *See Latshaw v. Trainer Wortham & Co., Inc.*, 452 F.3d 1097, 1100 (9th Cir.2006) (under the abuse of discretion standard, a district court can be reversed only if it does not apply the correct law, rests its decision on a clearly erroneous finding of material fact, or applies the correct legal standard in a manner that results in an abuse of discretion); *see also Stewart v. Cal. Dep't of Educ.*, 493 Fed.Appx. 889 (9th Cir.2012).

To the extent that appellants challenge the rejection of their brief opposing defendant's request, the district court did not abuse its discretion because, as it explained, the case was closed, and the vexatious litigant order and injunction had been vacated. *See id.*

We reject appellants' contentions that the district court was required to conduct an evidentiary hearing, and that the district court judge was biased against them.

Defendants' request for judicial notice, filed on May 16, 2013, is granted. Appellants' request for judicial notice, filed on November 26, 2013, is denied.

**AFFIRMED.**

Before: HAWKINS, TALLMAN, and NGUYEN, Circuit Judges.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

